UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:07CV136-J

BEVERLY CECIL                                                                    PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                  DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Beverly Cecil seeks Disability Insurance Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge E. Robert Goebel who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report arguing that the Magistrate erred by: 1) finding the ALJ's rejection of treating physician Dr. Wahl's disabling opinions was supported by substantial evidence; and 2) finding that the ALJ's rejection of examining physician Dr. Changaris' disabling opinions was supported by substantial evidence; 3) finding the ALJ's residual functional capacity determinations to be supported by substantial evidence; and 4) finding the ALJ's credibility determinations to be supported by substantial evidence. These issues were sufficiently addressed in the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1)      The Magistrate Judge's Findings of Fact, Conclusions of Law and Recommendation are ADOPTED, and those findings and conclusions are incorporated by reference herein;

2)      The final Decision of the Commissioner denying benefits is AFFIRMED; and

3)      Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.